**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-cr-80054-Rosenberg/Reinhart

**18 U.S.C. § 2421(a)**

**UNITED STATES OF AMERICA**

vs.

**MIGUEL ANTONIO BERLINGERI JANER,**

**Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

From on or about April 30, 2017, and continuing to on or about May 5, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ANTONIO BERLINGERI JANER,**

knowingly transported Victim 1 in interstate commerce, from the Southern District of Florida to the Western District of North Carolina, with intent that Victim 1 engage in prostitution and sexual activity for which a person can be charged with a criminal offense, and aided and abetted such conduct, in violation of Title 18, United States Code, Sections 2421(a) and 2.

### COUNT 2

From on or about March 14, 2017, and continuing to on or about March 17, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ANTONIO BERLINGERI JANER,**

knowingly transported Victim 2 in interstate commerce, from the Southern District of Florida to the District of Colorado, with intent that Victim 2 engage in prostitution and sexual activity for which a person can be charged with a criminal offense, and aided and abetted such conduct, in violation of Title 18, United States Code, Sections 2421(a) and 2.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MIGUEL ANTONIO BERLINGERI JANER,

                    **Defendant.**       /

CASE NO. 21-cr-80054-Rosenberg/Reinhart

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New defendant(s) | Yes ____ | No ____ |
| Number of new defendants | | |
| Total number of counts | | |

**Court Division:** (Select One)
- ____ Miami
- ____ FTL
- ____ Key West
- ✓ WPB
- ____ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   ✓
   - II  6 to 10 days
   - III 11 to 20 days
   - IV  21 to 60 days
   - V   61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   ____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers:   17-CR-80107-DMM
   Defendant(s) in federal custody as of   June 6, 2017 from case number 17-CR-80107-DMM
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ____   No ✓

                                         *Gregory Schiller*
                                         GREGORY SCHILLER
                                         ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached
                                         FL Bar No. 0648477   REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** MIGUEL ANTONIO BERLINGERI JANER

**Case No:** 21-cr-80054-Rosenberg/Reinhart

Counts #: 1-2

Transporting a Person to Engage in Prostitution (Mann Act)

Title 18, United States Code, Section 2421(a)

**\*Max. Penalty:** 10 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

**\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 21-cr-80054-Rosenberg/Reinhart |
| MIGUEL ANTONIO BERLINGERI JANER, ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

M. Caroline McCrae
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*